JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DARRION LARRY ALEXANDER, | No. CV 14-04138-ODW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN SOTO, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 9, 2014

OTIS D. WRIGHT II
SENIOR UNITED STATES DISTRICT JUDGE